FILED: February 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1128

(3:14-cv-00276-JRS)

_____

SHAYNA PALMER

        Plaintiff - Appellant

v.

BIG LOTS STORES, INC.

        Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:14-cv-00276-JRS |
| Date notice of appeal filed in originating court: | 02/05/2015 |
| Appellant (s) | Shayna Palmer |
| Appellate Case Number | 15-1128 |
| Case Manager | Taline A. Fischer<br>804-916-2704 |