IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

SHAYNA PALMER,

    Appellant,

v.                                                                   Appeal No.: 15-1128

BIG LOTS STORES, INC.

    Appellee.

### APPELLANT'S MOTION FOR LEAVE TO FILE PHYSICAL COPIES OF EXHIBITS REFERENCED IN JOINT APPENDIX

Appellant Shayna Palmer ("Palmer"), by counsel, states as follows for her Motion for Leave to File Physical Copies of Exhibits Referenced in Joint Appendix (the "Motion"):

1. The instant appeal arises from a Final Order of the United States District Court for the Eastern District of Virginia (the "District Court") awarding summary judgment to Defendant-Appellee, Big Lots Stores, Inc. ("Big Lots"), and dismissing Palmer's negligence claim against Big Lots, ECF 217.

2. Palmer files this Motion contemporaneously with the parties' Joint Appendix, Docs 24 & 25, and Palmer's Opening Brief, Doc 23.

3. The Joint Appendix filed herein references two compact discs (the "CDs"). One CD contains an audio recording of a voicemail message left for Palmer's neighbor, Sandy Coleman, by Big Lots' store manager Jerry Burnett

shortly after Palmer was injured. *See* J.A. at 1671. The second CD contains an employee safety training video produced by Big Lots which discusses precautionary measures to guard against the precise type of incident that occurred in this case. *See* J.A. at 2382-84.

4. To Palmer's knowledge, physical copies of the CDs were not transmitted to this Court as part of the record by the District Court. The CDs were, however, made part of the record in the District Court, as Exhibits 25 & 26 to the Declaration of Kevin W. Mottley, ECF 113.

5. In accordance with Local Rule 27(a), Appellant's counsel certifies that Appellee's counsel has been notified of the intended filing of this Motion. Appellee's counsel has informed Appellant's counsel that Appellee consents to the relief sought herein.

WHEREFORE, pursuant to Rule 30(e) of the Federal Rules of Appellate Procedure, Appellant Shayna Palmer respectfully requests that the Court grant her leave to file physical copies of the aforementioned exhibits.

Respectfully submitted,

SHAYNA PALMER,


By:_____/s/_____
    Kevin W. Mottley (VSB No. 40179)
    The Mottley Law Firm PLC
    *Counsel for Plaintiff Shayna Palmer*
    1700 Bayberry Court, Suite 203
    Richmond, Virginia 23226
    Ph: (804) 930-1022
    Fax: (804) 767-2592
    Email:
    *kevinmottley@mottleylawfirm.com*

    David B. Holt (VSB No. 65564)
    Joseph Smith, Ltd.
    *Counsel for Appellant Shayna Palmer*
    2100 Kecoughtan Road
    Hampton, Virginia  23661-0437
    Ph: (757) 244-7000
    Fax: (757) 244-7046
    Email: *dholt@attorneys4injured.com*

# CERTIFICATE OF SERVICE

I certify that, on June 10, 2015, I caused the foregoing document to be served by email upon the following counsel of record for Defendant/Appellee in this matter using the Court's ECF system, which caused the document to be so served:

>J. Matthew Haynes, Jr., Esq.
>Michael H. Gladstone, Esq.
>Lindsey A. Strachan, Esq.
>Robert Partin, Esq.
>McCandlish Holton, P.C.
>*Counsel for Defendant Big Lots Stores, Inc.*
>1111 East Main Street, Suite 2100
>Post Office Box 796
>Richmond, Virginia 23218
>(804) 775-3100 (telephone)
>(804) 775-3800 (facsimile)

>/s/
>Kevin W. Mottley (VSB No. 40179)
>*Counsel for Plaintiff Shayna Palmer*
>The Mottley Law Firm PLC
>1700 Bayberry Court, Suite 203
>Richmond, Virginia 23226
>Ph:804-930-1022
>Fax:804-767-2592
>Email:
>
>kevinmottley@mottleylawfirm.com